UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WRIGHTWAY MECHANICAL, LLC, et al.,<br><br>　　　　　　　　Defendants. | C22-673 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　The parties are ORDERED to show cause by August 17, 2022, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report dated May 20, 2022, docket no. 4. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2022.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1